IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA CRANE,<br><br>      Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-10, inclusive,<br><br>      Defendants.<br>_____/ | No. C 11-05294 CW<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO REMAND |

    Plaintiff has moved to remand this action to Santa Cruz County Superior Court. Docket No. 12. However, on December 16, 2011, the parties submitted a joint case management statement, in which Plaintiff appears to concede that the "citizenship of the parties is entirely diverse." Joint Case Management Statement at 1:25. The case management statement does not mention the motion to remand.[1] Accordingly, the December 22, 2011 hearing on the motion to remand is vacated and the case management conference is

---

[1] The Court also notes that the case management statement does not mention the ADR telephone conference that is currently scheduled for December 20, 2011 at 11:00 am. The parties are ordered to participate in this conference.

reset for January 26, 2012 at 2:00 pm, to be heard along with Wells Fargo's motion to dismiss and motion to strike.

Plaintiff may submit a consolidated opposition, not to exceed twenty-five pages, to Wells Fargo's motion to dismiss and motion to strike.  Wells Fargo may submit a single reply brief not to exceed fifteen pages.

IT IS SO ORDERED.

Dated: 12/20/2011

CLAUDIA WILKEN
United States District Judge