IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA CRANE,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-10, inclusive,<br><br>        Defendants.<br>_____/ | No. C 11-05294 CW<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE, AND DENYING PLAINTIFF'S MOTION TO REMAND (Docket No. 12) |

    On December 14, 2011, Defendant Wells Fargo filed an amended motion to dismiss all eight claims in Plaintiff's complaint, as well as a motion to strike portions of the complaint.  Docket Nos. 23 and 25.  On December 20, 2011, the Court ordered Plaintiff to respond to both motions in a consolidated brief not to exceed twenty-five pages, and reset the case management conference for January 26, 2012, the same date as the hearing for both motions. Pursuant to this Court's Civil Local Rule 7-3(a), Plaintiff's response to the motions was due on December 28, 2011.  However, thus far, Plaintiff, who is represented by counsel, has failed to oppose the motions.  Plaintiff shall submit a response within

seven days from the date of this Order, or the action will be dismissed for failure to prosecute.

In addition, Plaintiff has moved to remand this action to Santa Cruz County Superior Court.  Docket No. 12.  However, on December 16, 2011, the parties submitted a joint case management statement, in which Plaintiff appeared to concede that the "citizenship of the parties is entirely diverse."  Joint Case Management Statement at 1:25.  The Court's December 20, 2012 order brought this apparent concession to Plaintiff's attention and Plaintiff has not submitted any further response.  Accordingly, Plaintiff's motion to remand is DENIED.

The hearing and case management conference set for January 26, 2012 at 2:00 pm are VACATED, and will be reset if necessary.

IT IS SO ORDERED.

Dated: 1/23/2012

CLAUDIA WILKEN
United States District Judge