IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIVIA CRANE,                               No. C 11-05294 CW

     Plaintiff,                        ORDER DIMISSING
                                           PLAINTIFF'S ACTION
  v.                                       WITHOUT PREJUDICE
                                           FOR FAILURE TO
WELLS FARGO BANK, N.A. and DOES            PROSECUTE
1-10, inclusive,

     Defendants.
_____/

    On December 14, 2011, Defendant Wells Fargo filed an amended motion to dismiss all eight claims in Plaintiff's complaint, as well as a motion to strike portions of the complaint.  Docket Nos. 23 and 25.  After Plaintiff failed to respond to the motions by December 28, 2011, as required under Civil Local Rule 7-3(a), the Court warned Plaintiff that failure to do so on or before January 30, 2012 would result in dismissal of the action for failure to prosecute.  Docket No. 30.  Plaintiff has failed to comply with the Court's order.  Therefore, the action is dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Dated: 2/3/2012

_____
CLAUDIA WILKEN
United States District Judge

<!-- Left margin: United States District Court / For the Northern District of California -->