IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA CRANE, | No. C 11-05294 CW |
|     Plaintiff, | ORDER DIMISSING PLAINTIFF'S ACTION |
|   v. | WITHOUT PREJUDICE FOR FAILURE TO |
| WELLS FARGO BANK, N.A. and DOES 1-10, inclusive, | PROSECUTE |
|     Defendants. | |
| _____/ | |

On December 14, 2011, Defendant Wells Fargo filed an amended motion to dismiss all eight claims in Plaintiff's complaint, as well as a motion to strike portions of the complaint.  Docket Nos. 23 and 25.  After Plaintiff failed to respond to the motions by December 28, 2011, as required under Civil Local Rule 7-3(a), the Court warned Plaintiff that failure to do so on or before January 30, 2012 would result in dismissal of the action for failure to prosecute.  Docket No. 30.  Plaintiff has failed to comply with the Court's order.  Therefore, the action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated:  2/3/2012

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California